| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 15CR01643-001-BAS |
| | | DOCKET NUMBER (Rec. Court) |
| | | **CR-18-50089-PHX-JJT** |

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 17 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Deputy

| NAME AND ADDRESS OF | DISTRICT | DIVISION |
|---|---|---|
| Jasmin Juliette Adasha | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE | |
| | Cynthia Ann Bashant U.S. District Judge | |
| | DATES OF supervised release | FROM 09/29/2017  TO 09/28/2020 |

**OFFENSE**

21 U.S.C. §§ 952 and 960 Importation of Methamphetamine, a Class C felony.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_5-1-18_
Date

_[signature]_
Cynthia Ann Bashant
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ARIZONA</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

_5/15/18_
Effective Date

_[signature]_
United States District Judge